DAVID J. GRECH
DGRECH@GRSM.COM

**The Court thanks the parties for working together to resolve this dispute without further Court intervention.**

**The Clerk of Court is directed to terminate the motion at ECF No. 13.**

**SO ORDERED.**

**Arun Subramanian, U.S.D.J.**
**Date: April 18, 2024.**

GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM
ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

April 17, 2024

**VIA ECF**
The Honorable Arun Subramanian U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Sultan v. Plume Inc., et al.*
        Case No.: 1:23-cv-08830-AS

Dear Judge Subramanian,

We represent Defendants in this case and write in response to Plaintiff's letter motion to compel [13]. Counsel appreciate the guidance provided by the Court in its April 9, 2024 Order concerning the instant motion [14].

On that note, we write, with Plaintiff's counsel's consent, to report to the Court that counsel for the parties just conducted further meet and confer sessions, in addition to one conducted on April 3, 2024, and have come to the following resolution concerning Plaintiff's motion. As for the more narrowly tailored requests for production set forth in Plaintiff's motion (Nos. 5, 12, 16, and 23), Defendants shall supplement their responses and provide responsive documents within two-weeks' time. Defendants shall also supplement their responses and provide the information requested by Plaintiff's interrogatories numbered 10 and 13, as further explicated in Plaintiff's motion, in two-weeks' time. As for Plaintiff's interrogatory numbered 9, Defendants will propose an electronically stored information ("ESI") stipulation to Plaintiff with the expectation that counsel for the parties will execute same within the same two-weeks' time and that Defendants would then disclose the information as set forth in the parties' ESI stipulation.

Thus, the parties do not believe that a conference with the Court would be necessary. We greatly appreciate the Court's attention to this matter in allowing the parties the opportunity to achieve this amicable resolution.

Respectfully submitted,

*/s/ David J. Grech*

David J. Grech